O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORAY RICE,<br><br>        Petitioner,<br><br>   vs.<br><br>M. McDONALD, WARDEN,<br><br>        Respondent. | CASE NO. CV 08-07943 JHN (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 24, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE