**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORAY RICE, | CASE NO. CV 08-07943 JHN (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| M. McDONALD, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of KORAY RICE, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 24, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE